**Electronically Filed
Supreme Court
SCWC-15-0000325
10-JUL-2019
02:30 PM**

SCWC-15-0000325

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JIJUN YIN, Petitioner/Plaintiff-Appellant,

vs.

P.I. AGUIAR, AS PERSONAL REPRESENTATIVE OF
VIRGINIO C. AGUIAR, JR., DECEASED, KEVIN AGUIAR and AGEE, INC.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000325; CIV. NO. 11-1-0331)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Jijun Yin's Application for a Writ of Certiorari, filed on May 29, 2019, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 10, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

